# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MAURICE JAMES SCALES,<br><br>Petitioner,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>Respondent. | Case No. 22-CV-0349 (PJS/JFD)<br><br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Mr. Scales's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Dkt. No. 1) is **DISMISSED** without prejudice;

3. Mr. Scales's pending Motions (Dkt. Nos. 3–7) are **DENIED** as moot; and

4. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated: April 26, 2022                    s/Patrick J. Schiltz
                                         PATRICK J. SCHILTZ
                                         United States District Judge